☑ Original      ☐ Dupl

CLERK'S OFFICE
A TRUE COPY
Jan 24, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No.   25-M-322 (SCD) |
| oral swab or swabs of deoxyribonucleic acid | ) |
| (DNA) from saliva containing epithelial cells from | ) |
| Anthony D. JACKSON (B/M; DOB: XX/XX/1992) | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

    Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    2-7-25    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Honorable Stephen C. Dries    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    1-24-25. 11:45 am

*Judge's signature*

City and state:    Milwaukee, WI        Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## <u>ATTACHMENT A</u>

### *Person to be searched*

The person to be searched is **Anthony JACKSON (B/M, DOB 8/18/92).**

## <u>ATTACHMENT B</u>

### *Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.



CLERK'S OFFICE
A TRUE COPY
Jan 24, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No. 25-M-322 (SCD)
oral swab or swabs of deoxyribonucleic acid (DNA) )
from saliva containing epithelial cells from )
Anthony D. JACKSON (B/M; DOB: XX/XX/1992) )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Please see Attachment A.

located in the _____Eastern_____ District of _____Wisconsin_____ , there is now concealed *(identify the person or describe the property to be seized):*

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

❒ contraband, fruits of crime, or other items illegally possessed;

❒ property designed for use, intended for use, or used in committing a crime;

❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c) | possession of a firearm in furtherance of drug trafficking |
| 18 U.S.C. § 922(g) | possession of a firearm and ammunition by a prohibited person |

The application is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

❒ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Digitally signed by John
Lindeman
Date: 2025.01.23 12:59:20
-06'00'

*Applicant's signature*

John Lindeman, ATF Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means).*

Date: __1-24-25__

*Judge's signature*

City and state: __Milwaukee, WI__      Honorable Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**

**APPLICATION FOR SEARCH AND SEIZURE WARRANT**

I, John Lindeman, being first duly sworn, hereby depose and state as follows:

## I.     INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of applications under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to collect an oral swab or swabs of deoxyribonucleic acid (DNA) from saliva containing epithelial cells from the following individual, who is presently located in the Eastern District of Wisconsin:

**A1.     Anthony D. JACKSON (B/M; DOB: 08/18/1992; 2806 N. 24th Street, Milwaukee, WI 53206)**

2.     I am a Special Agent with the Bureau of Alcohol Tobacco Firearms and Explosives (ATF) and have been employed in this capacity since April 2007.  As such, I am an "investigator or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7) that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code Section 2516.

3.     Pursuant to my employment with ATF, I attended the Criminal Investigator Training Course at the Federal Law Enforcement Training Center in Brunswick, Georgia where I received fundamental training in the techniques, concepts, and methodologies of conducting criminal investigations.  I attended Special Agent Basic Training at the ATF National Academy located in Glynco, Georgia, where I received extensive training on investigating various violations of federal law.  While at the ATF Academy, I received specific training in firearm technology and firearm regulations.  As an ATF Special Agent, I have been involved in numerous investigations into the

unlawful use and possession of firearms and conspiracies associated with criminal firearm offenses. To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources, including physical and electronic surveillance involving various types of informants and cooperating sources.

4.      As an ATF Special Agent, I am authorized to investigate violations of the laws of the United States, collect evidence in cases in which the United States is, or may be a party in interest, and execute warrants issued under the authority of the United States.

5.      In the course of my experience, I have and continue to be involved in investigations where DNA analysis provided evidence of crimes and of a particular person's participation in a crime, including the packaging and manufacturing of drugs, the control of or nexus to drug premises, and the possession of firearms, ammunition, and firearms accessories.

6.      This affidavit is based upon my personal knowledge and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

7.      Because this affidavit is submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are sufficient to establish probable cause.


II.      **PROBABLE CAUSE**

8.      On October 25, 2024, the Wisconsin Department of Corrections (DOC) entered a Probation Violation against Anthony D. JACKSON (B/M, DOB 08/18/1992). This violation was based on information that JACKSON was issuing threats against another individual. JACKSON was also believed to be in possession of a black firearm. This firearm was believed to be stored in

his vehicle, a maroon Pontiac G6 sedan. The Pontiac is registered to JACKSON and has a Wisconsin License plate of AYV-2460.

9.      DOC officers shared this information with officers from the Milwaukee Police Department (MPD).

10.      DOC officers then scheduled a meeting with JACKSON at MPD District 4 office, located at 7109 W. Silver Spring Drive, Milwaukee, WI. This meeting was scheduled for the afternoon of October 25, 2024.

11.      An MPD Officer conducted surveillance outside of the District 4 office and observed JACKSON arrive at the office in a maroon Pontiac G6 with Wisconsin Plate AYV-2460. JACKSON was the driver of this vehicle and was the sole occupant. The officer observed JACKSON exit the vehicle and enter District 4.

12.      MPD Officers arrested JACKSON for the probation violation after he entered District 4.

13.      Due to the allegation made against JACKSON and JACKSON's status as being on active supervision, MPD Officers conducted a Wisconsin Act 79 search on JACKSON's vehicle.

14.      During this search Officer recovered, among other items, a grey bag on the passenger floorboard. Inside this bag officers recovered a FNH, model 509, 9mm pistol bearing serial number GKS0319446 (the pistol had one round in the chamber and four rounds in the magazine). Officers also recovered a plastic baggie containing 3.2 grams of crack-cocaine, JACKSON's Wisconsin Driver's License and JACKSON's Probationary Wisconsin Driver's License from the same bag.

15.      Officers recovered a backpack from the truck of the vehicle. In this backpack officers recovered five separate baggies of marijuana. The total weight of this marijuana was 538.8

grams. Officers also recovered a digital scale, a box of unused sandwich baggies and multiple identifiers for JACKSON from the backpack.

16. The FNH pistol recovered from the scene was forensically swabbed for DNA, and those DNA swabs remain in the custody of MPD.

17. Based on training and experience, the amount a both marijuana and crack-cocaine recovered, the presence of a digital scale, the unused sandwich baggies (which are commonly used to package street level narcotics) and the presence of a firearm I know these are indicators of street level drug trafficking. I also know that the presence of a firearm in a vehicle along with illegal drugs indicates that the firearm is being used to protect both the product and the individual selling the illegal drugs in furtherance of street level drug dealing.

18. On November 2, 2010, JACKSON was convicted of five (5) counts of Felony Armed Robbery-Use of Force in Milwaukee Circuit Court Case 2010CF3668.

19. On August 30, 2023, JACKSON was convicted of Felony Flee or Elude an Officer in Milwaukee Circuit Court Case 2023CF0361.

20. Based on my training and experience, I know that a sample of saliva containing epithelial cells may be found in and on a person. Swabbing the inside of a subject's mouth or cheek with a sterile cotton swab and preserving the saliva and cells obtained as a result is a reliable method for collecting a DNA sample. This process is called taking a "buccal swab" or "buccal smear." A case agent trained in how to collect a DNA sample and prevent contamination of the resulting evidence will conduct these searches using sterile swabbing kits for use in collection and preservation.

21. The ATF will request the assistance of the Wisconsin Department of Justice's State Crime Laboratory (or another laboratory designated by the ATF) in processing, analyzing, and

scientifically testing the saliva samples to obtain a known DNA profile or profiles and to compare those known DNA profiles with the DNA profiles obtained from the evidence recovered during this investigation.

22.     I have reason to believe that saliva samples containing epithelial cells taken from JACKSON, together with test results comparing the DNA profiles extracted from such samples with any and all human DNA profiles extracted from the aforementioned firearm recovered on October 25, 2024, may provide important evidence of a crime.

23.     JACKSON remains in custody at the Milwaukee House of Corrections.


**III.        CONCLUSION**

24.     Based on the information above, I submit that there is probable cause to believe that by taking oral swabs of the mouths of JACKSON, there may now be found DNA that is evidence of the possession of a firearm in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c);  the possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C. § 922(g).  Therefore, I request that this Court issue a search warrant to obtain samples of JACKSON's DNA from saliva containing epithelial cells for subsequent testing and examination.

## <u>ATTACHMENT A</u>

### *Person to be searched*

The person to be searched is **Anthony JACKSON (B/M, DOB 8/18/92).**

## <u>ATTACHMENT B</u>

### *Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.